UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GREGORY A. GILBERT,**

    **Plaintiff,**                        Civil Action No. 12-11164
v.                                             HONORABLE DENISE PAGE HOOD

**ROSE MACKEY AND JOAN DUDLEY,**

    **Defendants.**
_____/

## JUDGMENT

    This action having come before the Court and the Court having entered an Order dismissing the Complaint this date,

    Accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                                                   DAVID J. WEAVER
                                                                   CLERK OF COURT

Approved:                                         By: s/Julie Owens
                                                                       Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 26, 2012
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon Gregory A. Gilbert, 118 1/2 S Washington Street, Owosso, MI 48867-2922 on March 26, 2012, by electronic and/or ordinary mail.

                                       S/Julie Owens
                                       Case Manager